IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY G. MOORE, | § | |
| | § | No. 286, 2017 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | C.A. No. S16C-09-018 |
| | § | |
| CHRISTIANA CARE HEALTH | § | |
| SYSTEM, INC., a Delaware | § | |
| Corporation, et al. | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: January 24, 2018
Decided: January 29, 2018

Before **STRINE**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

## **ORDER**

On this 29th day of January 2018, the Court, having considered the record below and the briefs filed by the parties, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Court in its June 16, 2017 letter opinion.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*

---

[1] *Moore v. Christiana Care Health Sys., Inc.*, 2017 WL 2729562 (Del. Super. Ct. June 16, 2017).